1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM J. EDELMAN (CABN 285177)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7265
7       FAX: (415) 436-7234
        william.edelman@usdoj.gov
8
   Attorneys for United States of America
9
                            UNITED STATES DISTRICT COURT
10
                           NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              )   NO. CR 00-0520-MAG
                                          )
14         Plaintiff,                     )   NOTICE OF DISMISSAL
                                          )
15     v.                                 )
                                          )
16 MARLON A. BENITO,                      )
                                          )
17         Defendant.                     )
                                          )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //


NOTICE OF DISMISSAL (CR 00-520-MAG)

1  States Attorney for the Northern District of California dismisses the above Information without
2  prejudice.

3
4  DATED:                                                    Respectfully submitted,

5                                                            MELINDA HAAG
                                                             United States Attorney

6
7                                                            /s/ William J. Edelman
                                                             WILLIAM J. EDELMAN
                                                             Special Assistant U.S. Attorney
8

9       Leave is granted to the government to dismiss the Information.

10

11

12  Date: July 8, 2015

                                                             IT IS SO ORDERED
                                                             Judge Maria-Elena James

NOTICE OF DISMISSAL (CR 00-520-MAG)